UNITED STATES of America, Plaintiff—Appellee,

v.

Timothy Dale CROCKETT, a/k/a Timothy Howard Crockett, a/k/a Timothy Dale Neill, a/k/a Timothy Dwayne Pope, Jr., Defendant—Appellant.

No. 03–7882.

United States Court of Appeals, Fourth Circuit.

Submitted March 25, 2004.

Decided March 31, 2004.

Timothy Dale Crockett, Appellant pro se.

Harold Watson Gowdy, III, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Dale Crockett appeals the district court's order denying his request to modify the conditions of his supervised release by delaying his restitution payments until his supervised release period commences. We have reviewed the record and find no reversible error. Accordingly,

we affirm for the reasons stated by the district court. *See United States v. Crockett*, No. CR–98–798 (D.S.C. Nov. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*